IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ANGELITA LEON,<br><br>　　　Defendant and Judgment Debtor.<br><br>SETTON PISTACHIO OF TERRA BELLA, INC., dba SETTON FARMS, (and its Successors and Assignees)<br><br>　　　Garnishee. | No.: 1:19-mc-00067-NONE-BAM<br><br>ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT<br><br>Criminal Case No.: 1:09-CR-00006-LJO-SKO |

　　　The Court, having reviewed the court files and the United States' Request for an Order Terminating Writ of Continuing Garnishment (the "Request"), and finding good cause therefrom, hereby GRANTS the Request. The Writ of Continuing Garnishment issued under this miscellaneous case number against defendant, Angelita Leon, is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(C), and the clerk of court is directed to CLOSE this case.

IT IS SO ORDERED.

　　Dated: __**January 6, 2021**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1